```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 12677
   JEFF M. KIELSKI
   MICHELLE M MEDROW-KIELSKI                    CHAPTER 13

                                                JUDGE: BRUCE W BLACK
              Debtor
   SSN XXX-XX-2701     SSN XXX-XX-5227

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/19/08 .

   2.  The case was dismissed without confirmation, 09/12/2008.
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| AMERICOLLECT | UNSECURED | NOT FILED | .00 | .00 |
| AMERICOLLECT | UNSECURED | NOT FILED | .00 | .00 |
| COLLECT ASSOCIATION | UNSECURED | NOT FILED | .00 | .00 |
| EAGLE COLL | UNSECURED | NOT FILED | .00 | .00 |
| EAGLE COLL | UNSECURED | NOT FILED | .00 | .00 |
| FALLS COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| FALLS COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| FALLS COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES EDUCATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES EDUCATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES EDUCATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES EDUCATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MHFS | UNSECURED | NOT FILED | .00 | .00 |
| MHFS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| OAC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OAC | UNSECURED | NOT FILED | .00 | .00 |
| OAC | UNSECURED | NOT FILED | .00 | .00 |
| OAC | UNSECURED | NOT FILED | .00 | .00 |
| OAC | UNSECURED | NOT FILED | .00 | .00 |
| OAC | UNSECURED | NOT FILED | .00 | .00 |
| OAC | UNSECURED | NOT FILED | .00 | .00 |
| OMNI CREDIT SVCS OF SE F | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |

```
WI ELECTRIC              UNSECURED      NOT FILED              .00           .00
JULIE HUNT               CHILD SUPPORT  NOT FILED              .00           .00
ROBERT GROHALL           CHILD SUPPORT  NOT FILED              .00           .00
ASSOC SURGICAL & MEDICAL UNSECURED      NOT FILED              .00           .00
DAVID STEIN MD           UNSECURED      NOT FILED              .00           .00
MILWAUKEE WATER WORKS    UNSECURED      NOT FILED              .00           .00
TIME WARNER CABLE        UNSECURED      NOT FILED              .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED     PRIORITY   UNSECURED        OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00          .00         .00          .00          .00
PRINCIPAL PAID            .00          .00         .00          .00          .00
INTEREST PAID             .00          .00         .00          .00          .00
TOTAL PAID                .00          .00         .00          .00          .00
```

The Debtor's attorney, PATRICK A MESZAROS             , was allowed $   3500.00
and was paid $     474.00   direct and $       .00   through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
      CASE NO. 08 B 12677 JEFF M. KIELSKI & MICHELLE M MEDROW-KIELSKI